THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| FRANKLIN ERIC HALLS,<br><br>                      Plaintiff,<br><br>v.<br><br>SHAN HACKWELL et al.<br><br>                      Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:23-CV-6-DN<br><br>District Judge David Nuffer |

In this prisoner civil-rights action, on May 23, 2024, noting that it appeared that Plaintiff had been released from jail and moved to a private residence, the Court ordered Plaintiff to within thirty days "either verify in a letter to the Court that Plaintiff is still a prisoner and, if so, where; or Plaintiff must file a renewed Application to Proceed IFP, reflecting non-prisoner status." (ECF No. 19.) Plaintiff has not responded; indeed, it has been almost a year since Plaintiff was in touch with the Court. (ECF No. 18.)

IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED this 26th day of June, 2024.

BY THE COURT:

_____
DAVID NUFFER
United States District Judge